UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**In re:  James Bradford Hines, Sr.**                    **Case No:**      **24-31543**

**O R D E R**

This cause came on to be heard upon the Trustee's Motion to Dismiss for unreasonable delay that is prejudicial to creditors.

It appearing to the Court that the Debtor has failed to comply with the terms of their proposed Plans.

It is ORDERED, ADJUDGED and DECREED that the petition filed herein by the Debtor under Chapter 13 is and the same be hereby dismissed.

It is further ORDERED that any funds received by the Chapter 13 Trustee will be paid first to any costs of administration and the balance remitted to the debtor.

The Clerk shall serve a copy of this Order on the Debtor(s), their Attorney and the Chapter 13 Trustee.

Dated:  Jan 30 2025

/s/ Keith L Phillips
_____
                                Judge


RICHMOND, VIRGINIA
_____

I ASK FOR THIS:

NOTICE OF JUDGMENT OR ORDER

Entered on Docket  Jan 30 2025

/s/Carl M. Bates
Carl M. Bates
Standing Chapter 13 Trustee
P. O. Box 1819
Richmond, VA 23218
(804) 237-6800
VSB #27815